UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> SELLERS PLAYBOOK, INC., et al., <br><br> Defendant(s). | Case No. 2:18-CV-1842 JCM (EJY) <br><br> ORDER |

Presently before the court is defendants Northland Mechanical Contractors, Inc. and Science Center Drive's ("defendants") motion to extend time to answer pending plaintiff's completion of jurisdictional discovery. (ECF No. 21). Plaintiff Nevada Corporate Headquarters, Inc. ("plaintiff") did not respond, and the time to do so has passed.

"The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d). Thus, plaintiff consents to the extension of time requested in defendants' motion.

Nonetheless, the court has considered the merits of defendants' motion. The court previously dismissed six (6) of plaintiff's thirteen (13) causes of action for failure to state a claim. (ECF No. 20). The court denied defendants' motion to dismiss for lack of personal jurisdiction because jurisdictional discovery was appropriate to determine whether defendants are alter egos of co-defendant Sellers Playbook. *Id.* at 9 (citing *Harris Rutsky & Co. Ins. Serv., Inc. v. Bell & Clements Ltd.*, 328 F.3d 1122, 1134– 35 (9th Cir. 2003)) ("When the parties have not had an opportunity to sufficiently develop the record so that the court can determine whether

**James C. Mahan**
**U.S. District Judge**

there exists an alter ego relationship, jurisdictional discovery is appropriate."). The court also denied defendants' motion to dismiss pursuant to Rule 12(b)(6) as to several of plaintiff's claims because of plaintiff's alter-ego allegations. *See id.* at 9–11.

Thus, the extension of time to file a response is necessary in light of this court's order. Good cause appearing, defendants' motion is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to extend time (ECF No. 21) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that, within fourteen (14) days of this order, the parties shall file a status report regarding jurisdictional discovery and requesting a response deadline.

DATED January 7, 2020.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE